ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                      )
                                                 )
A. West Enterprise, LLC                          )    ASBCA Nos. 63993, 63994, 63995
                                                 )
Under Contract No. W912P5-18-C-0003              )

APPEARANCE FOR THE APPELLANT:          Stephen D. Tobin, Esq.
                                         Cohen Seglias Pallas Greenhall & Furman PC
                                         Washington, DC

APPEARANCES FOR THE GOVERNMENT:        Michael P. Goodman, Esq.
                                         Engineer Chief Trial Attorney
                                       Thomas M. Taff, Jr., Esq.
                                       Vanessa R. Maylor, Esq.
                                       Trella A. Sparks, Esq.
                                         Engineer Trial Attorneys
                                         U.S. Army Engineer District, Nashville

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  August 19, 2025

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63993, 63994, 63995, Appeals of A. West Enterprise, LLC, rendered in conformance with the Board's Charter.

Dated: August 19, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals